UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOSHUA ISRAEL,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: **2:22-cv-01447-RDP** |
| **HOME DEPOT, INC.,** | } |
| **Defendant.** | } |

### ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal (Doc. # 27), filed April 3, 2023, the court hereby **ORDERS** that Plaintiff Joshua Israel's claims against Defendant are **DISMISSED WITH PREJUDICE**. Any putative class claims asserted against Defendant, which were not certified by the court to proceed as a class, are **DISMISSED WITHOUT PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

The Clerk of Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this April 4, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE